RESET FORM

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RICHARD LYNN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 619-103

TIMOTHY C. WARD, Commissioner;
TERENCE KILPATRICK, Deputy Warden;
and DEPUTY WARDEN BROWN,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 11, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion, and Plaintiff's objections are hereby OVERRULED; therefore, Plaintiff's case is DISMISSED without prejudice as a sanction for Plaintiff's abuse of the judicial process. This case stands CLOSED.

Judge Approval?

02/11/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*