IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

RICHARD LYNN, )
    Plaintiff-Appellant, )
vs. ) Case No. CV 619-103
)
)
COMMISSIONER TIMOTHY C. WARD, et al, )
    Defendants-Appellees. )

ORDER

The appellant's motions for leave to proceed having been denied and the appeal dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___6th___ day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA